# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 124 EAL 2016
 :
        Respondent  :
 :
 :  Petition for Allowance of Appeal from
 :  the Order of the Superior Court
        v.  :
 :
 :
 :
LEON MILLS,  :
 :
        Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of July, 2016, the Petition for Allowance of Appeal is

**GRANTED**. The issue, as stated by Petitioner, is:

> Did not the trial court properly grant [P]etitioner's motion to dismiss pursuant to Pa.R.Crim.P. 600, where the time form a scheduling conference to a status listing consisted of time attributable to the conventional progression of a criminal case and was not judicial "delay," and was therefore correctly included in the calculation of the 365 days in which to bring [P]etitioner to trial, and thus where more than 365 days elapsed before [P]etitioner was brought to trial?